August 29, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

**GRACE INTEREST, LLC, CYPRESSWOOD LAND PARTNERS I, STEPHEN A. MORROW AND SANDRA J. MORROW, Appellants**

NO. 14-12-00557-CV                              V.

**WALLIS STATE BANK, Appellee**
_____

This cause, an appeal from the judgment in favor of appellee, Wallis State Bank, signed March 15, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Grace Interest, LLC, Cypresswood Land Partners I, Stephen A. Morrow and Sandra J. Morrow, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.